# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 128 MM 2019 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| CHRISTOPHER LEE SCHWENK, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

  **AND NOW**, this 26th day of December, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED.  Counsel is DIRECTED to file the already-prepared Petition for Allowance of Appeal within 5 days.